UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                           :

ARUNA ADVANI,                           :

                Plaintiff,        :                      25-CV-1627 (JMF)

         -v-               :                      ORDER

APPELLATE TERM, 2ND JUDICIAL DEPARTMENT,  :
et al.                                         :

                Defendants.      :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff, who proceeds without counsel in this case, previously filed an opposition, ECF No 18, to Defendants' motion to dismiss her initial Verified Petition, ECF No. 11. On May 6, 2025, however, Plaintiff filed an Amended Verified Petition. ECF No. 19. In light of Plaintiff's *pro se* status, the Court will treat Plaintiff's Amended Verified Petition to be the operative complaint and, unless the Court orders otherwise, disregard the opposition she filed to Defendants' motion.

        Consistent with the Court's April 3, 2025 Order, ECF No. 16, Defendants must file an answer, a new motion to dismiss, or a letter stating that they rely on their previous motion to dismiss no later than **May 27, 2025**. If Defendants file a new motion to dismiss, Plaintiff must file any opposition within **four weeks**, and Defendants must file any reply within **two weeks**. If Defendants file a letter stating that they rely on their prior motion to dismiss, the Court will treat Plaintiff's earlier-filed opposition as her opposition, in which case Defendants shall file their reply on the same date as their letter.

        The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

        SO ORDERED.

Dated: May 7, 2025
       New York, New York                        JESSE M. FURMAN
                                           United States District Judge