UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ARUNA ADVANI, :
:
Plaintiff, : 25-CV-1627 (JMF)
:
-v- : ORDER
:
APPELLATE TERM, 2ND JUDICIAL DEPARTMENT :
et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* ECF No. 22, Defendants' earlier motion to dismiss filed at ECF No. 11 is hereby DENIED as moot. As stated in the Court's May 7, 2025 Order, ECF No. 20, Plaintiff's opposition to the new motion to dismiss is due by **June 24, 2025**. Defendants' reply, if any, is due within **two weeks of any opposition**.

    Plaintiff, who is proceeding without counsel, has consented to receiving Court filings through the ECF system. *See* ECF No. 21.

    The Clerk of Court is directed to terminate ECF No. 11.

    SO ORDERED.

Dated: May 28, 2025
       New York, New York
                                                     JESSE M. FURMAN
                                              United States District Judge