**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARUNA ADVANI,

                    Plaintiff,

   -against-                                        25 **CIVIL** 1627 (JMF)

                                                     **<u>JUDGMENT</u>**

APPELLATE TERM, 2ND JUDICIAL
DEPARTMENT et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 1, 2025, Judgment entered in favor of Defendants. Further, the Court certifies, pursuant to 18 U.S.C. § 1915(a)(3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:** New York, New York

      August 4, 2025

                                                          **TAMMI M. HELLWIG**
                                                          _____
                                                              **Clerk of Court**

                               **BY:**          _____
                                                              **Deputy Clerk**